UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ADLER and CODY URQUHART, individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLUME SERVICES, INC., a Delaware Corporation; SODEXO, INC., a Delaware Corporation; DOES 1-50,<br><br>Defendants. | Case No.:  3:25-cv-1939-AJB-DDL<br><br>**ORDER DENYING JOINT REQUEST TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br><br>**[DKT. NO. 9]** |

The above-entitled matter was initiated on June 26, 2025, when Plaintiffs filed a class action complaint in the San Diego County Superior Court alleging violations of the Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, et seq. and wage and hour violations under various provisions of the California Labor Code. Dkt. No. 1 at 19.

Defendants Volume Services, Inc. and Sodexo, Inc. answered Plaintiff's complaint on July 29, 2025. Dkt. No. 1 at 69. On July 30, 2025, Defendants removed the matter to this Court under the Class Action Fairness Act, 28 U.S.C. §§ 1332(d). Dkt. No. 1.

1

On July 31, 2025, the Court issued a Notice and Order Setting Early Neutral Evaluation Conference ("ENE"); Rule 26 Compliance; and Case Management Conference. Dkt. No. 5. The Court scheduled the conferences for September 26, 2025, at 2:00 p.m. *Id.*

On September 16, 2025, the parties filed a Joint Motion to Continue Early Neutral Evaluation Conference and Case Management Conference. Dkt. No. 9. The parties seek to continue the conferences to April 24, 2026, at the earliest. *Id.* at 4. In support, the parties explain that they have scheduled a private mediation on March 25, 2026, and would like time to prepare and attend this mediation before the conferences. *Id.* at 3.

The parties have not established good cause for the requested continuance. In addition, Local Rule 16.1(c)(1) requires that an ENE take place within forty-five days of the filing of the answer. Accordingly, the parties' request to continue the ENE until April 2026 is **DENIED**. Due to a court conflict, the conferences are rescheduled to **September 26, 2025, at 3:00 p.m.** Otherwise, the dates and deadlines remain as previously set. *See* Dkt. No. 5. If the parties are unable to provide the documents required to be submitted or filed on September 12, 2025, *see id.*, they may be submitted and filed by **September 19, 2025**.

**IT IS SO ORDERED.**

Dated: September 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　　Hon. David D. Leshner
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge